

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2026

**BY ECF**

Honorable Laura T. Swain                          **MEMO ENDORSED**
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Trevon Thomas, et al.*, 26 Cr. 233 (LTS)

Dear Judge Swain,

The Government writes to advise the Court that the Government and the following defendants: Daquan Stephens, Jacob Cargill, and Tahmel Gordon are available to appear at the initial conference on Tuesday, July 7, 2026 at 11:00 a.m.

Additionally, the Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) until July 7, 2026, as to Trevon Thomas, Daquan Stephens, and Jacob Cargill.[1] The Government respectfully submits that the proposed exclusion of time is in the interests of justice. It will allow the Government to continue negotiating a protective order and to produce discovery, and it will provide the defendants with adequate time to review that discovery and permit the parties to engage in discussions regarding a potential pre-trial resolution. Counsel for Stephens and Cargill consents to this request.[2]

---

[1] As for Tahmel Gordon, during the presentment, the Hon. Ona T. Wang excluded time until July 7, 2026.

[2] Trevon Thomas has not yet appeared in the district and does not have local counsel assigned. Thomas was presented on June 10, 2026, and ordered detained on June 29, 2026, in the District of Arizona. He is awaiting transport to the Southern District of New York.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

The foregoing request is granted.  The currently scheduled status conference is hereby adjourned to **July 7, 2026 at 11:00 a.m.**  For the foregoing reasons, the Court finds pursuant to 18 U.S.C. section 3161(h) (7)(A) that the ends of justice served by an exclusion of the time from today's date through July 7, 2026, outweigh the best interests of the public and the defendant in a speedy trial. This order resolves docket entry no. 20.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: July 2, 2026