**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

**BY ECF and EMAIL**

Honorable Laura T. Swain
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

**Re: *United States v. Trevon Thomas*, *et al.*, 26 Cr. 233 (LTS)**

Dear Judge Swain,

The Government writes to request an adjournment of the status conference in the abovementioned matter scheduled for October 5, 2026 at 2:00 p.m. The Government needs additional time to complete its production of Rule 16 materials, and the defendants will need additional time to review that discovery. We understand from Chambers' staff that the Court is available on November 11, 2026 at 11:00 a.m. to hold the next status conference. The parties are available to appear at that time.

Additionally, the Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) through the next scheduled conference. The Government respectfully submits that the requested exclusion of time is in the interests of justice. It will allow the Government sufficient time to complete its production of discovery, and it will provide the defendants with adequate time to review that discovery and permit the parties to engage in discussions regarding a potential pre-trial resolution. The defendants consent to both requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

Cc: Counsel of Record

The foregoing request is granted. The currently scheduled status conference is hereby adjourned to **November 10, 2026, at 11:00 a.m.** For the foregoing reasons, the Court finds pursuant to 18 U.S.C. section 3161(h) (7)(A) that the ends of justice served by an exclusion of the time from today's date through November 10, 2026, outweigh the best interests of the public and the defendant in a speedy trial. This order resolves docket entry no. 41.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: September 30, 2026